## HARKINS v. HARKINS

No. 577P99

Case below: 135 N.C.App. 631

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 March 2000.

## HARTWELL v. MAHAN

No. 439A99

Case below: 134 N.C.App. 731

Motion by defendant (Mahan) to dismiss appeal denied 2 March 2000.

## HATCHER v. SUPERIOR COURT OF ROBESON COUNTY

No. 39P00

Case below: Robeson County Superior Court

Petition by plaintiff pro se for writ of certiorari to review the order of Superior Court, Robeson County denied 2 March 2000. Motion by plaintiff pro se for temporary stay denied 2 March 2000.

## HELMS v. BAUCOM

No. 459P99

Case below: 134 N.C.App. 732

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 February 2000. Motion by defendant to dismiss petition denied 2 March 2000.

## HUSKINS v. HUSKINS

No. 479P99

Case below: 134 N.C.App. 101

Petition by plaintiff for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 3 February 2000.